| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeremiah Smith<br>Special Agent: Christopher Loperfido | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Brandon Isaiah Lloyd

Case: 2:23−mj−30171
Assigned To : Unassigned
Assign. Date : 4/21/2023
CMP: USA v LLOYD (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 23, 2023** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher E. Loperfido, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 21, 2023

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Christopher E. Loperfido, being duly sworn, do hereby state the following:

### INTRODUCTION

1. I am a Special Agent, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since December of 2018. Prior to becoming a Special Agent with the ATF, I was a United States Border Patrol Agent for nine years. I am currently assigned to the ATF Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2. During my employment with ATF, I have assisted with investigating criminal violations relating to firearms, violent crime, and controlled substances. I have participated in aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and the execution of search warrants. I am familiar

with and have participated in investigative methods including, but not limited to, electronic surveillance, visual surveillance, search warrants, and confidential informants.

3. The statements contained in this affidavit are based on conversations with other law enforcement officers, a review of relevant police reports, and my involvement in this investigation. This affidavit summarizes such information but does not provide every detail known to law enforcement regarding this investigation. Further, it provides information necessary to establish probable cause that Brandon Isaiah LLOYD (B/M, DOB: XX/XX/1989) violated 18 U.S.C. § 922 (g)(1), as a felon in possession of a firearm.

## PROBABLE CAUSE

4. On March 23, 2023, Detroit Police Department (DPD) police officers were on patrol near East 7 Mile Road and Waltham Street in the Eastern District of Michigan. Officers observed an unknown black male, later identified as Brandon Isaiah LLOYD, walking west bound on the south side of East 7 Mile Road.

5. Officers observed an "L" shaped bulge in LLOYD's right jacket pocket and that his pocket appeared to be "very heavy." Based on these observations, the officers believed LLOYD was carrying a pistol concealed in his pocket. As officers turned their scout car around, they observed LLOYD running northbound across East 7 Mile Road and into Robert's Coney Island located at 12XXX East 7 Mile

Road.

6.      Officers pulled into the Coney Island's parking lot and observed LLOYD sitting at a table against the windows. Officers entered and observed LLOYD's right jacket pocket no longer appeared to be weighted down. An officer directed Lloyd away from the table and to stand near his partner. The officer then recovered a black handgun between the bench and the wall where LLOYD had been sitting. Officers identified that handgun as a Smith and Wesson, model M&P 40 Shield, .40 caliber pistol bearing serial number: HWB0711. Officers subsequently detained LLOYD. Officers asked LLOYD if he had a concealed pistol license (CPL). LLOYD stated he did not have a valid CPL. Per the Law Enforcement Information Network (LEIN), the firearm is stolen.

7.      I reviewed LLOYD's Computerized Criminal History. It revealed that LLOYD has the following felony convictions:

- 2013-Attempt-Felony Controlled Substance-DEL/MFG (Cocaine, Heroin or Another Narcotic) Less than 50 Grams;

- 2016-Felony Assault With Intent To Do Great Bodily Harm Less Than Murder or By Strangulation; and

- 2016-Felony Weapons Felony Firearm.

8.      On March 3, 2022, LLOYD signed and dated a Michigan Department of Corrections Prisoner Pre-Release Notice CSJ-290. By doing so, LLOYD acknowledged that he is a convicted felon and prohibited from using, carrying, or

3

possessing a firearm or ammunition, in violation of 18 U.S.C § 922(g). Due to this incident, LLOYD is currently incarcerated for an alleged parole violation.

9. On April 12, 2023, I contacted ATF interstate nexus expert Special Agent Shannon Richardson. Based on a verbal description provided by me, Special Agent Richardson reported that the Smith and Wesson, model M&P 40 Shield, .40 caliber pistol recovered from LLOYD was manufactured outside the state of Michigan and therefore had traveled in and affected interstate commerce.

## CONCLUSION

10. Probable cause exists that Brandon Isaiah LLOYD, a convicted felon, did knowingly and intentionally possess a firearm in the City of Detroit, Eastern District of Michigan, said firearm having travelled in interstate commerce, in violation of 18 U.S.C. § 922 (g)(1), felon in possession of a firearm.

Respectfully submitted,

Christopher E. Loperfido, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: April 21, 2023

4